**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICIA OLALDE MUNOS, an individual,<br><br>                                  Plaintiff,<br><br>vs.<br><br>EXPRESS FUNDING & REALTY, INC., SIERRA PACIFIC MORTGAGE COMPANY, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CAL-WESTERN RECONVEYANCE CORPORATION and DOES 1 THROUGH 20,<br><br>                                  Defendants. | **CASE NO. 09-CV-2113 H (AJB)**<br><br>**ORDER DENYING AS MOOT SIERRA PACIFIC AND MERS' MOTIONS TO DISMISS** |

On September 25, 2009, Plaintiff Alicia Olalde Munos filed a complaint against Express Funding & Realty, Inc., Sierra Pacific Mortgage Company, Inc. ("Sierra Pacific"), Mortgage Electronic Registration Systems, Inc. ("MERS"), and Cal-Western Reconveyance Corporation. (Doc. No. 1.) On November 30, 2009, Sierra Pacific and MERS filed motions to dismiss Plaintiff's complaint. (Doc. Nos. 8 & 9.) MERS also filed a motion to expunge lis pendens on November 30, 2009. (Doc. No. 10.) On December 22, 2009, Plaintiff filed an amended complaint. (Doc. No. 12.)

///

1     Accordingly, the Court denies as moot Sierra Pacific and MERS' motions to dismiss
2 Plaintiff's complaint. The hearing on MERS' motion to expunge lis pendens shall remain set
3 for January 4, 2010 at 10:30 a.m. in courtroom 13. The Court reserves the right to submit the
4 motion on the papers pursuant to Local Rule 7.1(d)(1) if appropriate.

5     **IT IS SO ORDERED**.

6 DATED: December 23, 2009

7 _____
8 MARILYN L. HUFF, District Judge
  UNITED STATES DISTRICT COURT

9 COPIES TO:

10 All parties of record